UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs-Appellants,<br><br>    vs.<br><br>CUSTOMER CONNEXX, LLC and JANONE, INC.,<br><br>        Defendants-Appellees. | 9th Cir. No.: 24-2121<br><br>District No.: 2:18-cv-00233-APG-DJA<br><br>STIPULATED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF PRIMARY APPEAL |

    Plaintiffs-Appellants CARIENE CADENA and ANDREW GONZALES, by and through their undersigned counsel of record, THIERMAN BUCK, LLP, and Defendants-Appellees CUSTOMER CONNEXX, LLC and JANONE, INC., by and through their undersigned counsel of record, JACKSON LEWIS, hereby move the Court for an order staying the above-captioned appeal pending resolution of a prior appeal, originating from the same district court case and involving the same parties, that is currently pending before this Court (Ninth Cir. Case No. 23-15820).

    This request is made in good faith and for the purpose of promoting judicial economy.

| | |
|---|---|
| Dated: May 8, 2024<br><br>THIERMAN BUCK, LLP<br><br>*/s/Leah L. Jones*<br>Mark R. Thierman, Nev. Bar No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>325 West Liberty Street<br>Reno, Nevada 89501<br>Telephone: (775) 284-1500<br>Facsimile: (775) 703-5027<br><br>*Attorneys for Plaintiffs-Appellants* | Dated: May 8, 2024<br><br>JACKSON LEWIS<br><br>*/s/Veronica Hunter*<br>Paul T. Trimmer, Nev. Bar No. 9291<br>300 South Fourth Street, Suite 900<br>Las Vegas, NV 8901<br>Telephone: (702) 921-2460<br><br>Veronica Hunter, *admitted pro hac vice*<br>717 Texas Avenue, Suite 1700<br>Houston, TX 77002<br>Telephone: (303) 225-2419<br><br>*Attorneys for Defendants-Appellees* |