UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>CUSTOMER CONNEXX, LLC and JANONE, INC.,<br><br>Defendants-Appellees. | 9th Cir. No.: 24-2121<br><br>District No.: 2:18-cv-00233-APG-DJA<br><br>JOINT STATUS REPORT AND MOTION FOR FURTHER RELIEF |

Plaintiffs-Appellants CARIENE CADENA and ANDREW GONZALES, by and through their undersigned counsel of record, THIERMAN BUCK, LLP, and Defendants-Appellees CUSTOMER CONNEXX, LLC and JANONE, INC., by and through their undersigned counsel of record, JACKSON LEWIS, hereby submit this Joint Status Report and Motion for Further Relief.

On May 21, 2024, this Court entered an Order granting the Parties' Joint Motion to Stay Proceedings Pending Resolution of Primary Appeal. Dkt. Nos. 6, 9. That Order stayed appellate proceedings until resolution of *Cariene Cadena, et al v. Customer Connexx LLC, et al.,* No. 23-15820 ("Primary Appeal") and directed the Parties to notify the Court within seven days of resolution of the Primary Appeal. On July 10, 2024, an Opinion was entered in the Primary Appeal, which reversed summary judgment and remanded the case to the District Court.

On July 17, 2024, the Parties filed a Joint Motion for Further relief notifying this Court that the Parties had reached a tentative settlement that fully resolves Appellees' claim for costs, what is at issue in the present appeal. Dkt. 11. The tentative settlement is pending preliminary approval.

1

On July 18, 2024, this Court entered an Order requiring, "[o]n or before September 16, 2024, appellants must submit: (1) a motion for voluntary dismissal under Federal Rule of Appellate Procedure 42(b); or (2) a status report and motion for appropriate relief."

Accordingly, the Parties seek an additional stay of the proceedings for ninety (90) days up to November 20, 2024, to: (1) a motion for voluntary dismissal under Federal Rule of Appellate Procedure 42(b); or (2) a status report and motion for appropriate relief.

| | |
|---|---|
| Dated: August 20, 2024 | Dated: August 20, 2024 |
| THIERMAN BUCK, LLP | JACKSON LEWIS |
| */s/ Leah L. Jones* | */s/ William R. Gignilliat* |
| Mark R. Thierman, Nev. Bar No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>325 West Liberty Street<br>Reno, Nevada 89501<br>Telephone: (775) 284-1500<br>Facsimile: (775) 703-5027 | Paul T. Trimmer, Nev. Bar No. 9291<br>300 South Fourth Street, Suite 900<br>Las Vegas, NV 8901<br>Telephone: (702) 921-2460 |
| *Attorneys for Plaintiffs-Appellants* | Veronica Hunter, *admitted pro hac vice*<br>717 Texas Avenue, Suite 1700<br>Houston, TX 77002<br>Telephone: (303) 225-2419 |
| | William Robert Gignilliat, *admitted pro hac vice*<br>15 South Main Street, Suite 700<br>Greenville, SC 29601 |
| | *Attorneys for Defendants-Appellees* |