UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CUSTOMER CONNEXX, LLC and JANONE, INC.,<br><br>        Defendants - Appellees. | No. 24-2121<br><br>D.C. No. 2:18-cv-00233-APG-DJA<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The joint motion (Docket Entry No. 13) for a further stay of appellate

proceedings is granted. Appellate proceedings are stayed until November 20, 2024.

On or before November 20, 2024, appellants must submit: (1) a motion for

voluntary dismissal under Federal Rule of Appellate Procedure 42(b); or (2) a

status report and motion for appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT